### Exhibit A to the Complaint

**Location:** West Newton, MA  
**Total Works Infringed:** 29

**IP Address:** 146.115.128.48  
**ISP:** Astound Broadband

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4442F6E910EAEC5FAA78E8B003F3477C7116FBD6<br>File Hash:<br>F65DAB55A5503F2AA492B382978552567E9270E55E32DAB68583EDAC81C1A044 | 08-17-2023 01:35:38 | TushyRaw | 08-02-2023 | 08-17-2023 | PA0002425540 |
| 2 | Info Hash: FB4523ADF236017D190FB4A2BF1098940B0C831F<br>File Hash:<br>3A6E91B502F5EBAB12F2A4881E438389B559846ABC3E669AB28C9C29FABD163C | 08-17-2023 01:34:08 | Tushy | 07-23-2023 | 08-17-2023 | PA0002425533 |
| 3 | Info Hash: DA4D1FB14B0D687C22D1F223BF2301EF5DE9C2A6<br>File Hash:<br>521E96D523B57C2460C381D38A42D7B3268D922403ACE4C58B2E4F91827A1F8C | 08-17-2023 01:33:04 | Tushy | 08-06-2023 | 08-17-2023 | PA0002425539 |
| 4 | Info Hash: 66553CD823CC75D0C76265CC021CEC9149F1C58F<br>File Hash:<br>2795D59C83063583DC42476BD926167880D488CFF734E480AD55C7015C408E64 | 08-17-2023 01:32:20 | Tushy | 09-08-2018 | 10-16-2018 | PA0002127788 |
| 5 | Info Hash: 78E76FB77FC0205B85AE898966088E158CD5C142<br>File Hash:<br>A8D8740B7CE54522582EB98D6B6D1A83448FAE3DC63EA3BB6F65D910F58BD196 | 08-17-2023 01:30:44 | TushyRaw | 08-09-2023 | 08-17-2023 | PA0002425525 |
| 6 | Info Hash: 5C3D0BF0F83BD12E2895AB0FC75CED6DEFD26172<br>File Hash:<br>478CFA79B1AF8C51134F1BDD8AFB1AE73EF6AA7BE32608BC6CB40A1A7C095E0A | 07-07-2023 22:19:12 | Tushy | 04-26-2018 | 06-19-2018 | PA0002126639 |
| 7 | Info Hash: 15B30BDE569A128FE0AB4D7E1195C7ADE377CFCA<br>File Hash:<br>4D41A79AD9A22294674FE39E8B1AAB75CFDB4660002BD7442B8FE904CBAEA8D3 | 06-20-2023 23:16:16 | Vixen | 07-28-2017 | 08-10-2017 | PA0002046871 |
| 8 | Info Hash: C06DD611B6CD7674DD69D70C791C9D5504293484<br>File Hash:<br>C73E0B71C01C2ACE1157FB55EA3ACFA1DDBF64BBB8CAF4BFB1BCFC491EE86F35 | 06-20-2023 23:06:53 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 9 | Info Hash: E43B5A0E42878BF3B8F3EE68B62E1CA65212E2E4<br>File Hash:<br>8D74730D06FFCFDB60020D94779CF2CDB1D358B8EAE2783D18ED47E5E143334F | 06-19-2023 23:26:01 | Tushy | 03-12-2018 | 04-17-2018 | PA0002116754 |
| 10 | Info Hash: 77621AE2746D0987B9EF370B6A254F47922B8E7C<br>File Hash:<br>147D12D99A636455306D7C614BC97F0850993A7ADB54E13D43E17AAB0BF5C9A4 | 06-19-2023 19:40:59 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 11 | Info Hash: 0D98C9D64CA30CD2FAEDC1AC36A39D345EA7749D<br>File Hash:<br>62046B7018EA9D1954194A355755E15ABA702E4E367ED1DDB3A525B0BC8233BD | 06-19-2023 19:34:16 | Tushy | 04-02-2023 | 04-07-2023 | PA0002405755 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 045AEEFE018AE2815CF6B4FA7138A3DF0760ECA7<br>File Hash: DE364D4FCA126DC64C9DDE43A743A3DD850F9C66CA71C37CFEE52C9182C08CC7 | 06-19-2023 19:26:00 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |
| 13 | Info Hash: F3C116A08858187FFC16F74309929EBA47701B9F<br>File Hash: 6BAE52A8227829C345B57D2879FBECD0114ACE56C48255D3F35618A8557865E7 | 06-19-2023 19:23:41 | Tushy | 06-18-2023 | 07-13-2023 | PA0002420350 |
| 14 | Info Hash: 711061440560362DE228D9B89300367651333F3A<br>File Hash: D8BA5227FA7EE9E2E952404158A35E10AD553C26D90425F7BDF7776FDD3AA3BA | 06-19-2023 19:23:15 | Tushy | 05-07-2023 | 05-14-2023 | PA0002411294 |
| 15 | Info Hash: 68D3FB33ECD5DAC5D07417DBB60EC5794C4DDB03<br>File Hash: 8444A684F7A41783330945CDF7A1F2F14BD536EDCD240DF33B73767C549A3E95 | 06-19-2023 19:21:56 | Tushy | 02-05-2023 | 03-07-2023 | PA0002400315 |
| 16 | Info Hash: 7A2AE90A9B82962BD337CF3CFEBECCA891546447<br>File Hash: EFBDB93A14B816339614420CB575080DA0922525279CB95017AB4748C9512065 | 06-07-2023 21:45:41 | Tushy | 12-02-2017 | 01-04-2018 | PA0002097497 |
| 17 | Info Hash: E315C9240C9CB55D756C482C0993EAFE8436AC2B<br>File Hash: 4EB31B2A27E8E0FB886E479A8C4FC95E89FA70218985BA8FEA2C0822BC5A3A22 | 03-22-2023 21:42:47 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 18 | Info Hash: 21631802DAA040229CCC2DE1D5D216DA12CDA353<br>File Hash: 96872EAC149F771891AA191A88A688562065865A387742B71587D9AB58BD4F21 | 03-22-2023 21:41:39 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 19 | Info Hash: 467072A450A63C52480B37FEFC6B23ED52BCB272<br>File Hash: 0515FC6FA4FA71DD488AFE6B40CA2CAC036A162D36EAE72020E657FE8739B909 | 03-22-2023 21:39:16 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 20 | Info Hash: 0D3C54D9E89AAD1BD261AAED4A7087FC349DE544<br>File Hash: 83F6A40C5DD7D07EFF785C5804D4FE1FAA4E30048E8853F5D9683127221512B6 | 03-22-2023 21:39:15 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 21 | Info Hash: 8E982B67CA4D67AD1D211959E642E8E9F591C120<br>File Hash: 6A3CC94D8AC45692DDCB4BB6458BBA573972CD56A872BE750DAEE679F5B545E2 | 03-22-2023 21:39:11 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 22 | Info Hash: 62F3A23B2D765D88F1BA51EBB05866C6BE623103<br>File Hash: 81DDD1B0C9E28C8EE9ABA764057EFB5E0A4F5E222F8C514895F6DF7BFC55E61E | 03-22-2023 21:39:09 | Tushy | 01-22-2023 | 01-27-2023 | PA0002393076 |
| 23 | Info Hash: 6CDEB8C8E8F9624BEA9225C82F988666C6444946<br>File Hash: BD6BD57761088765FF1989B6A7DCABB6C885292DA248A9D7729AECA0D6244749 | 03-22-2023 21:39:08 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3E2A72B1E34383F60734DB7DE13F5DBF59A09549<br>File Hash:<br>D36D754A01F289D7B3C9C47205020F6D089003CFAC17DC6A785B17C4F9557461 | 03-22-2023<br>21:39:06 | Tushy | 03-05-2023 | 04-07-2023 | PA0002405753 |
| 25 | Info Hash: 2BEDBBE0800BD3B39FA70096CDF1CDBE9F1CDA3A<br>File Hash:<br>18266B274FB81C997AD2C555D63582A5741308309E3506933969F4CF538AD5C6 | 03-18-2023<br>23:06:44 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 26 | Info Hash: 3273B98BD7E361E1BECE5252C891A708276E1E9F<br>File Hash:<br>0F5F438ACA9A9B30315CA4C882D07A64EEACB12AD83A33D7BD879BD4427C1891 | 01-20-2023<br>21:19:01 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 27 | Info Hash: 7566C21C12B8388464E75C3EF8F8F082C9718437<br>File Hash:<br>1C1D9BDEA3775DF9F3EDAC07F5E2BEAE43282C3470C6F3B5490AA41A4ECF2EA3 | 01-20-2023<br>21:18:58 | Tushy | 10-08-2018 | 11-01-2018 | PA0002143422 |
| 28 | Info Hash: A91425617DC2F4DC5ABB082BC1182D5F7A163A9D<br>File Hash:<br>ABA0424F65EC92EE16295DE76D13C431CC311A43A536275F5AA3B6C17087D90C | 01-05-2022<br>15:15:42 | Tushy | 02-15-2020 | 03-15-2020 | PA0002240542 |
| 29 | Info Hash: 6C93472B870D1A3FBCE36D3F90CC0E1E9DBD0E15<br>File Hash:<br>5958605F5086F5D45257FDD2CA4E68380E869342BFE06E9C9E4BC48334ADC732 | 07-08-2021<br>18:24:45 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |